UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-64-GCM

| | |
|---|---|
| JOY NEWSOME,<br>    **Plaintiff,**<br><br>v.<br><br>THOMPSON CHILD &<br>FAMILY FOCUS,<br>    **Defendants.** | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiff's motion [doc. #22] to reconsider the court's text only order entered on August 10, 2011. For cause shown, the motion is GRANTED. IT IS THEREFORE ORDERED that the text order entered on August 10, 2011 is hereby rescinded.

    SO ORDERED.

Signed: August 16, 2011

Graham C. Mullen
United States District Judge