UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-64-GCM

| | |
|---|---|
| JOY NEWSOME, ) | |
|     Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| THOMPSON CHILD & FAMILY ) | |
| FOCUS and KRIS PARKER, ) | |
|     Defendants. ) | |

    THIS MATTER is before the court on numerous submissions sent by the Plaintiff both to the Clerk of Court and to Chambers.

    Since July 29, 2011, Plaintiff has filed a total of seven motions (doc. #'s 14, 15, 20, 22, 26, 28, and 30) and two requests for grant of motions (doc. #'s 24 and 25). A review of the matters filed in this Court reflect that some of the motions are duplicative. For example, a review of docket number 30, titled "Complaint / Request Order for Service of Summons / Grant for Motions / Subpoena Request" can be interpreted as an amended complaint, a new complaint, and further duplication of previous motions. Having to review these continual filings is an unnecessary stress to limited judicial resources. In addition, such frequent, frivolous filings cause defendant's counsel to submit responses which do not advance any possible resolution of the case.

    Accordingly, Plaintiff is hereby warned that filing successive, frivolous complaints or motions will result in the imposition of a pre-filing review order. If such a system is placed in effect, pleadings and/or motions presented to the Court which are not made in good faith and which do not contain substance, will be summarily dismissed as frivolous. Thereafter, if such writings persist, the pre-filing system may be modified to include an injunction against filings.

    IT IS THEREFORE ORDERED that in the event Plaintiff submits future frivolous documents, a pre-filing review system will be imposed.

    SO ORDERED.

Signed: August 30, 2011

Graham C. Mullen
United States District Judge