# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joy Newsome,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              3:11cv64

Thompson Child & Family Focus;
Kris Parker,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2011 Order.

                                              Signed: December 20, 2011

                                              Frank G. Johns, Clerk
                                              United States District Court